UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSON RODRIGUEZ, | No.  2:24-cv-00024 SCR P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY, et al., | |
| Defendants. | |

Plaintiff is a resident of a state hospital and proceeding pro se with a civil rights action under 42 U.S.C. § 1983.  A review of the docket indicates that not all parties have returned the form indicating whether they consent to have the assigned Magistrate Judge conduct all further proceedings and enter judgment in this case pursuant to 28 U.S.C. § 636(c).

The Magistrate Judge consent process can help bring about the "just, speedy, and inexpensive determination" of federal cases.  Fed. R. Civ. P. 1.  Just as with a judgment issued by a District Judge, a judgment issued by a Magistrate Judge to whom the parties in a civil case have consented is appealable directly to the Ninth Circuit Court of Appeals.  The parties are advised that they are free to withhold consent without any adverse substantive consequences to their case.  Fed. R. Civ. P. 73(b)(2).  If a party declines to consent, a Magistrate Judge shall continue to perform all duties as required by Local Rule 302.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to send the form Consent to Proceed before a United States Magistrate Judge to the parties in this action.

2. Any party who has not yet submitted the consent form is directed to return one to the court within 21 days from the date of this order.

DATED: February 17, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2