UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILSON RODRIGUEZ,

    Plaintiff,

    v.

SACRAMENTO COUNTY, et al.,

    Defendants.

No.  2:24-cv-0024 SCR P

ORDER

Plaintiff is a resident of a state hospital and proceeding pro se with a civil rights complaint pursuant to 42 U.S.C. § 1983.  Plaintiff has requested a settlement conference.  ECF No. 22. Accordingly, within fourteen (14) days, defendants shall file a response indicating whether they would agree to convene a settlement conference in this matter.

In addition, not all parties have complied with the undersigned's order dated February 18, 2026, directing return of the form indicating whether they consent to have the assigned Magistrate Judge conduct all further proceedings and enter judgment in this case pursuant to 28 U.S.C. § 636(c).  ECF No. 18.  Any party who has not yet submitted the consent form is once again directed to return one to the court within 14 days from the date of this order.  If the parties do timely return the form, the undersigned will direct the Clerk of the Court to randomly assign a District Judge to this matter.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1.     Within 14 days of this order, defendants shall file a response indicating whether they agree to convene a settlement conference in this matter; and

2.     Any party who has not yet submitted the consent form is directed to return one to the court within 21 days from the date of this order.

DATED: March 19, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2