UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSON RODRIGUEZ, | No. 2:24-cv-00024 SCR |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY, et al., | |
| Defendants. | |

Plaintiff is a resident of a state hospital and proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On April 2, 2026, defendants filed a status report notifying the Court that the parties "reached a settlement in this case on March 27, 2026," and "expect to have a stipulation for dismissal filed within the next 30 days." ECF No. 24. More than 30 days have passed, and the parties have not filed a stipulation for dismissal.

Accordingly, IT IS HEREBY ORDERED that within 14 days of this order, defendants shall file:

1. A stipulation of voluntary dismissal pursuant to Fed. R. Civ. 41(a)(1)(A)(ii); or

2. A status report regarding defendants' efforts to secure a stipulation for voluntary dismissal of this action.

DATED: May 19, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE