UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSON RODRIGUEZ, | No.  2:24-cv-00024 SCR P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY, | |
| Defendant. | |

Plaintiff is a resident of a state hospital and proceeding pro se with a civil rights action under 42 U.S.C. § 1983.  Defendant has requested a 45-day extension of time to complete performance of the settlement agreement, obtain the signed dismissal documents from Plaintiff, and file the dismissal with the Court.  ECF No. 25.  For good cause shown, Defendant's request is GRANTED.

Accordingly, IT IS HEREBY ORDERED that:

1.    Within 45 days of this order, Defendant shall file a stipulation of voluntary dismissal pursuant to Fed. R. Civ. 41(a)(1)(A)(ii).

2.    Plaintiff's request for settlement conference (ECF No. 22) is DENIED as moot.

DATED: June 4, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE